# United States District Court
## Violation Notice

**CVB Location Code:** M4B

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F0EF000N | Littlejohn | 2595 |

F0EF000N

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 09/01/2025 13:27
**Offense Charged:** FED 36CFR261.11C

**Place of Offense:** EAST FORK RESERVOIR

**Offense Description: Factual Basis for Charge**
Polluting a waterway

**HAZMAT** ☐

### DEFENDANT INFORMATION

**Phone:**

| Last Name | First Name | M.I. |
|---|---|---|
| SCOTT | KEVIN | J |

**Street Address:**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| | ☐ | | |

Adult ☐  Juvenile ☐  Sex: M ☐  F ☐
Race  Hair  Eyes  Height  Weight

### VEHICLE

**VIN:**  **CMV** ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | 2020 | CANA/450 | ☐ | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 300.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 330.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**

**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete       Original - CVB Copy       FS-5300-4 (7/05)

F0EF000N

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on     09/01/2025     while exercising my duties as a law enforcement officer in the _____ District of _____ MT _____

I Officer Robert Littlejohn state that on August 31st, 2025, I was exercising my duties as a Law Enforcement Officer on the Pintler Ranger District of the Beaverhead-Deerlodge National Forest. While exercising my duties I, Officer Littlejohn, was contacted by Granite County Dispatch regarding an individual identified as SCOTT, KEVIN who called to report he had rolled his ATV into East Fork reservoir.

Dispatch advised SCOTT had left the area and would be back to retrieve the ATV later and gave me his contact information.

FWP Warden Ezra and I responded to East Fork reservoir to attempt to locate the ATV.

The ATV was located along the East side of the reservoir submerged in approximately 8 feet of water which presented a clear risk of polluting the water in violation of 36 CFR 261.11(c) - Placing in or near a stream, lake, or other water any substance which does or may pollute a stream, lake, or other water.

Following the ATV tracks from the campsites along the east bank of the reservoir the ATV accessed the location of the roll over by driving off approved trails and roads in violation of 36 CFR 261.56 – Possessing or using a motor vehicle off national forest system roads in conjunction with forest order R1-2025-02.

After locating the ATV I contacted SCOTT by the phone number provided and informed him of the violations and asked when he would be removing the ATV from the reservoir. SCOTT stated the ATV would be removed the following day.

SCOTT also stated that another individual he was with was also operating a separate ATV with him in the same area.

On September 9th 2025 I met with SCOTT at East Fork Reservoir while recovery

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:     09/01/2025                    _[signature]_
                 Date (mm/dd/yyyy)              Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:     _____
                 Date (mm/dd/yyyy)              U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;                     CMV = Commercial vehicle involved in incident