IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | PO 25-5025-BU-KLD |
| | PO 25-5026-BU-KLD |
| Plaintiff, | |
| | VIOLATION(s): |
| vs. | F0EF000L |
| | F0EF000N |
| KEVIN J. SCOTT, | Location Code: MB4 |
| Defendant. | ORDER |

Based upon the United States' motion to accept the defendant's payment of a $375 total fine and $30 processing fee for the violations F0EF000L and F0EF000N (for a total of $405), and for good cause shown, **IT IS ORDERED** that the $405 total to be paid by the defendant is accepted as a full adjudication of violations F0EF000L and F0EF000N.

The defendant may make payments of $100 per month, beginning January 2, 2026, until the total fine is paid in full.

**IT IS FURTHER ORDERED** that all court proceedings are VACATED.

DATED this 16th day of December 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge